IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:01CR66-6V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **RONALD WASHINGTON** ) | |
| ) | |

**THIS MATTER** is before the Court on its own Motion. On October 2, 2006, this Court signed an Order permitting Defendant to waive his physical presence at his re-sentencing hearing and permitting Defendant to appear via telephone, video conference, or other electronic means. In accordance with that Order, the Court requests that the Taft Correctional Institution, located at 1500 Cadet Road, Taft, California 93268, permit Defendant Ronald Washington, Register Number 23563-112, to appear by video conference for his re-sentencing hearing, which has been rescheduled for **Friday, December 15, 2006 at 1:15 p.m.** In order to accommodate this request, the responsible individual at the Taft Correctional Institution can contact Mr. Kent Creasy, Chief Information Officer for the United States District Court for the Western District of North Carolina, at (704) 350-7424 or 401 West Trade Street, Charlotte, North Carolina, 28202.

**IT IS, THEREFORE, ORDERED** that the Taft Correctional Institution make Defendant Ronald Washington, Register Number 23563-112, available via video conference for his rescheduled re-sentencing hearing on **Friday, December 15, 2006 at 1:15 p.m.**

The Clerk is directed to send copies of this Order to: (1) the Warder at CI Taft, Correctional Institution, P. O. Box 7000, Taft California 93268; (2) Pam Jones, Acting

Executive Assistant CI Taft, Correctional Institution, P. O. Box 7000, Taft, California 93268; (3) Kent Creasy, Chief Information Officer for the United States District Court for the Western District of North Carolina; (4) Defense Counsel; and (5) the United States Attorney.

Signed: November 27, 2006

Richard L. Voorhees
United States District Judge